**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **JACQUELINE STUART,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No.: 4:22-cv-00618-MTS |
| **SRZ OP ROLLA LLC, et al.** | ) ) ) |
| **Defendants.** | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Jacqueline Stuart and Defendants SRP OP ROLLA LLC d/b/a Rolla Health and Rehabilitation and SRZ Management Holdings, LLC d/b/a Reach LTC submit the following joint notice of settlement:

The Parties hereby advise this Court that this matter resolved at mediation on August 18, 2022.  A dismissal will be filed within 45 days.

Respectfully Submitted by:

*/s/ Colin J. Finnegan*
Stacy M. Bunck, MO #53229
Colin J. Finnegan, MO #73200
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC.
4520 Main Street, Suite 400
Kansas City, MO 64111
(816) 471-1301
(816) 471-1303 *(Facsimile)*
stacy.bunck@ogletree.com
colin.finnegan@ogletree.com
**ATTORNEYS FOR DEFENDANTS**

*/s/ Stephen C. Thornberry*
Randall W. Brown             MO #43805
Stephen C. Thornberry        MO #44354
4550 Main Street, Suite 205
Kansas City, MO 64111
(816) 531-8383
(816) 531-8385 *(Facsimile)*
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com
**ATTORNEYS FOR PLAINTIFF**