**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JACQUELINE STUART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:22-cv-00618-MTS |
| | ) |
| SRZ OP ROLLA LLC, et al. | ) |
| | ) |
|     Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to bear their own costs and attorneys' fees.

STIPULATED AND AGREED TO THIS 27TH DAY OF September, 2022.

Respectfully submitted,

/s/ Stacy M. Bunck
Stacy M. Bunck    MO #53229
Colin J. Finnegan    MO #73200
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC.
4520 Main Street, Suite 400
Kansas City, MO 64111
(816) 471-1301
(816) 471-1303 *(Facsimile)*
stacy.bunck@ogletree.com
colin.finnegan@ogletree.com
**ATTORNEYS FOR DEFENDANTS**

/s/ Stephen C. Thornberry
Randall W. Brown    MO #43805
Stephen C. Thornberry    MO #44354
4550 Main Street, Suite 205
Kansas City, MO 64111
(816) 531-8383
(816) 531-8385 *(Facsimile)*
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of September, 2022, the foregoing was electronically filed with the Court Administrator and service was made through the electronic filing system to:

Randall W. Brown, MO #43805
Stephen C. Thornberry, MO# 44354
4550 Main Street, Suite 205
Kansas City, Missouri 64111
816-531-8383
816-531-8385 *(facsimile)*
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com

**ATTORNEYS FOR PLAINTIFF**

                                          /s/ Stacy M. Bunck
                                          **ATTORNEY FOR DEFENDANTS**